**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Robert L. Janecek

Defendant.

**CERTIFICATE OF SERVICE**

Case No.: 02-104 DSD/JMM

I hereby certify that on February 23, 2005, I caused the following documents:

Supplemental Memorandum of Law in Support of
Defendant's Motion Under 28 U.S.C. § 2255

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Michael Cheever, Assistant United States Attorney

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

The Honorable David S. Doty
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Dated: February 23, 2005

s/Frederic Bruno
Frederic Bruno, Attorney ID 123213
Attorney for Defendant
Frederic Bruno & Associates
5500 Wayzata Boulevard, Suite 1450
Minneapolis, MN 55416
(763)545-7900